# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT JOHN GARCIA, | No. CV 13-7306-AHS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MR. AREF FAKERHOURY, et al., | |
| Respondents. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 20, 2014

*ALICEMARIE H. STOTLER*
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE